No. 97–1756. KENDALL *v.* KENDALL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 97–1760. COASTAL PETROLEUM CO. *v.* CHILES, GOVERNOR OF FLORIDA, ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 97–1763. MATRIX COMMUNICATIONS CORP. *v.* MCI TELECOMMUNICATIONS CORP. C. A. 1st Cir. Certiorari denied.

No. 97–1764. BAUCHMAN, BY AND THROUGH HER PARENT AND GUARDIAN, BAUCHMAN *v.* WEST HIGH SCHOOL ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–1765. OGLEBAY NORTON CO. *v.* JENSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1781. HAYDEN ET AL. *v.* GRAYSON, CHIEF OF POLICE OF THE TOWN OF LISBON. C. A. 1st Cir. Certiorari denied.

No. 97–1782. MA ET AL. *v.* GOETSCH ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1784. EGBERT *v.* REIS ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–1785. KLEIN *v.* GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 97–1791. NEW IMAGE INDUSTRIES, INC. *v.* HIGH TECH MEDICAL INSTRUMENTATION, INC. C. A. Fed. Cir. Certiorari denied.

No. 97–1799. JUMONVILLE ET VIR *v.* CITY OF KENNER. Ct. App. La., 5th Cir. Certiorari denied.